IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LEE DELL SMITH, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 3:10-CV-29 (CDL) |
| Sergeant F. JOHNSON, et al. | * |
| Defendants. | * |

ORDER ON RECOMMENDATION
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Order and Recommendation filed by the United States Magistrate Judge on June 15, 2010 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 15th day of July, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE