```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION


LEE DELL SMITH,                     *

       Plaintiff,                   *

vs.                                 *
                                          CASE NO. 3:10-CV-29 (CDL)
Sgt. F. JOHNSON, Deputy JONES,      *
Deputy PERRIN, and RITA SHIPMAN,
                                    *
       Defendants.
                                    *
```

<u>ORDER ON RECOMMENDATION BY</u>
<u>UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the two Recommendations filed by the United States Magistrate Judge on August 3, 2010 (ECF Nos. 37 and 38) are hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

Accordingly, summary judgment shall be entered in favor of Defendant Rita Shipman, and Plaintiff's claims against Defendants Ferrell Johnson, Chet Jones, and Robert Perrin are dismissed for failure to exhaust administrative remedies.

IT IS SO ORDERED, this 2nd day of September, 2011.

                                    s/Clay D. Land
                                    CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE